# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-01161-TUC-CKJ (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Mathew Scott Carlill, | |
| Defendant. | |

On July 9, 2015, Defendant Mathew Scott Carlill (Defendant) filed a Motion to Suppress Post-Arrest Statement—Involuntariness and a Motion to Suppress Post-Arrest Statement—Illegal Arrest.  (Docs. 13, 14.)  The Government opposed both Motions.  (Docs. 20, 27.)  On November 16, 2015, Magistrate Judge Jaqueline M. Rateau held an evidentiary hearing on the Motions.  Defendant was present, represented by counsel, and testified. The Government presented four witnesses: Sean Loose, Special Agent with Homeland Security Investigations; Samuel Walsh, Border Patrol Agent; Christie Keener, Customs and Border Protection Officer; and Jacob Torres, Customs and Border Protection Officer. The Government also submitted five exhibits.

The Magistrate Judge issued a Report and Recommendation on December 18, 2015, denying the Motions.  (Doc. 46.)  The Report and Recommendation notified the parties that they had fourteen days to file any objections.  (*Id.*)  No objections have been filed.

The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *See also, Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998). The Court has reviewed and considered the Motion to Suppress Post-Arrest Statement—Involuntariness and Motion to Suppress Post-Arrest Statement—Illegal Arrest, the Government's responses, the exhibits, the transcript of the hearing, and the Report and Recommendation.

Accordingly,

**IT IS ORDERED**:

1. The Report and Recommendation (Doc. 48) is ADOPTED;

2. The Motion to Suppress Post-Arrest Statement—Involuntariness and Motion to Suppress Post-Arrest Statement—Illegal Arrest (Docs. 13, 14) are **DENIED**.

3. The Jury Trial set for February 23, 2016 at **09:30 AM** before Judge Cindy K. Jorgenson and the plea deadline of February 5, 2016 are confirmed.

Dated this 15th day of January, 2016.

_____
Cindy K. Jorgenson
United States District Judge